No. 298. MEEKER *v.* WALRAVEN. Supreme Court of New Mexico. Certiorari denied.

No. 299. MAISON ET AL. *v.* CONFEDERATED TRIBES OF THE UMATILLA INDIAN RESERVATION ET AL. C. A. 9th Cir. Certiorari denied. *Robert Y. Thornton,* Attorney General of Oregon, and *Arthur G. Higgs* and *Roy C. Atchison,* Assistant Attorneys General, for petitioners. *Frank E. Nash* and *Mark C. McClanahan* for respondents.

No. 301. BURT, MAYOR, ET AL. *v.* CONGRESS OF RACIAL EQUALITY. C. A. 5th Cir. Certiorari denied. *Joe T. Patterson,* Attorney General of Mississippi, and *Charles Clark* for petitioners. *Carl Rachlin* and *Floyd McKissick* for respondent.

No. 302. CIA MAR ADRA, S. A., *v.* MOSLEY ET AL. C. A. 2d Cir. Certiorari denied. *Victor S. Cichanowicz* for petitioner. *Edmund F. Lamb* for respondent Lipsett Steel Products, Inc.

No. 306. CRUDUP *v.* GEORGIA. Supreme Court of Georgia. Certiorari denied. *John N. Crudup,* petitioner, *pro se. Eugene Cook,* Attorney General of Georgia, *G. Hughel Harrison,* Assistant Attorney General, and *C. Ernest Smith, Jr.* for respondent.

No. 308. BROADUS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Alto V. Watson* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.